# JORDENBURT

1025 THOMAS JEFFERSON STREET, N.W.
SUITE 400 EAST
WASHINGTON, D.C. 20007-0805
(202) 965-8100
TELECOPIER: (202) 965-8104
HTTP://WWW.JORDENUSA.COM
PHILLIP E. STANO
(202) 295-6502
PES@WDC.JORDENUSA.COM

777 BRICKELL AVENUE, SUITE 500
MIAMI, FLORIDA 33131-2803
(305) 371-2600
TELECOPIER: (305) 372-9928

June 26, 2000

FILED ___ ENTERED
___ RECEIVED

JUL - 7 2000

The Honorable Benson Everett Legg
U.S. District Court for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    <u>Ralph B. Epstein v. Berkshire Life Insurance Company</u>
            Civil Action No. L-00-1698
            Counsels' Response to Case Management Schedule

Dear Judge Legg:

       Alison D. Kohler, Esquire, counsel for Plaintiff Ralph B. Epstein, and myself, as counsel for Berkshire Life Insurance Company, conferred this morning in response to your June 16, 2000 memorandum to counsel with attached proposed scheduling order, and respectfully request that the parties be given three additional months to attempt to mediate their dispute. Additionally, the parties request that you amend your order to permit each side to conduct up to 20 hours of depositions of fact witnesses (including parties). Thus, we request that each of the dates listed in the scheduling order be pushed back three months in order to enable the parties to attempt mediation during that period of time, and that each of the parties be allowed 20 hours of depositions of fact witnesses, including parties.

       On behalf of Ms. Kohler and myself, we respectfully request that the scheduling order be amended in the above fashion.

Approved
July 6, 2000
Benson Legg
USDJ

Very truly yours,

Phillip E. Stano

lmd
cc:    Alison Kohler, Esq.
#73472v1

JORDEN BURT BOROS CICCHETTI BERENSON & JOHNSON LLP

AFFILIATED COUNSEL:

JONES & BLOUCH LLP - WASHINGTON, D.C.        FLEMING & PHILLIPS - SAN FRANCISCO, CA