IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RALPH B. EPSTEIN, M.D., | * | |
| Plaintiff, | * | |
| v. | * | Civil No. L-00-1698 |
| BERKSHIRE LIFE INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | | |

* * * * * * * * * * * * *

## AMENDED SCHEDULING ORDER

This Scheduling Order is being entered pursuant to Local Rule 103.9. The schedule will not be changed except for good cause.

### I. DEADLINES

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re: experts | May 14, 2001 |
| Defendant's Rule 26(a)(2) disclosures re: experts | June 13, 2001 |
| Plaintiff's Rebuttal Rule 26(a)(2) disclosures re: experts | June 27, 2001 |
| Rule 26(a)(2) Supplementation of disclosures and responses | July 4, 2001 |
| Discovery deadline: submission of status report | July 30, 2001 |
| Requests for Admissions | August 6, 2001 |
| Depositive Pretrial Motions Deadline | August 27, 2001 |

The remaining provisions of the original Scheduling Order entered on June 16, 2000 remain.

_Feb. 26, 2001_
Date

_[signature]_
BENSON EVERETT LEGG,
Judge, United States District Court for the
District of Maryland