LAW OFFICES

# SPENCE, KOHLER, CHRISTIE & PULVER, P.A.

401 WASHINGTON AVENUE
SUITE 701
TOWSON, MARYLAND 21204

PAUL W. SPENCE
ALISON D. KOHLER
MICHAEL A. PULVER
SHARON A. CHRISTIE*

*ALSO ADMITTED IN D.C.

TELEPHONE
(410) 823-8200
FAX
(410) 823-8208

April 11, 2001

**VIA HAND DELIVERY**

The Honorable Benson E. Legg
Judge, United States District Court for
the District of Maryland
101 W. Lombard Street
Room 340
Baltimore, Maryland 21201

     RE: <u>Ralph B. Epstein v. Berkshire Life Insurance Company</u>
          Civil No.: L-00-1698

Dear Judge Legg:

    I represent the Plaintiff Ralph B. Epstein, M.D. in the above-captioned case. Defendant has filed a Motion for Summary Judgment. Under the Federal Rules, Plaintiff's response is due on Monday, April 16, 2001. Because of the Easter holidays and other schedule conflicts, I am requesting an additional two weeks to file a response to Defendant's Motion, making Plaintiff's response due on April 30, 2001. I have conferred with defense counsel, Philip Stano. Mr. Stano has advised that he has no objection to this extension.

    Thank you for your consideration of this matter.

                              Respectfully yours,

                              Alison D. Kohler

ADK/tlp

cc: Phillip E. Stano, Esquire

APPROVED THIS _12TH_ DAY OF _April_ 2001

_Benson Legg_
BENSON EVERETT LEGG, U.S.D.J.