UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 23, 2001

MEMORANDUM TO COUNSEL RE:   Ralph B. Epstein, M.D. v.
Berkshire Life Ins. Co.
Civil #L-00-1698

Dear Counsel:

I am in receipt of Ms. Kohler's motion for continuance pursuant to FRCP 56(f). Ms. Kohler requests me to wait until the close of discovery, and the possible supplementation of briefs, before ruling on Berkshire Life's motion for summary judgment. In the motion, she points out that discovery does not close until July 30th and that the motions deadline is August 27th.

No opposition having been filed, the motion is hereby GRANTED. If counsel wish to supplement their existing briefs, they may do so by August 27th. Papers already filed may be adopted by reference and need not be refiled.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file