UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

June 25, 2001

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:   Ralph B. Epstein v. Berkshire Life Ins. Co.
Civil #L-00-1698

Dear Counsel:

On June 26, 2000, Mr. Stano wrote requesting a three-month extension so that the parties could attempt mediation. On February 23, 2001, Ms. Kohler wrote that the parties had unsuccessfully attempted early mediation, that counsel were not able to meet the then current deadlines, and that counsel were requesting a six-month extension of the major deadlines in the Scheduling Order.

I am in receipt of Ms. Kohler's letter of June 13, 2001, requesting another six-month extension of the major deadlines. The case will proceed according to the following schedule:

1. Written discovery answered and documents produced by July 21st.

2. All former Berkshire employees to be located by August 1st and their depositions scheduled by September 15th.

3. All expert reports to be due September 15th and expert depositions to be taken by October 15th.

4. The discovery cut off date is October 15th and pretrial motions are due by November 1st.

This schedule gives counsel additional time but sets reasonable deadlines for a case that appears to be lagging behind schedule.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file