UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RALPH B. EPSTEIN, M.D., | * |
| Plaintiff, | * CIVIL NO. L-00-1698 |
| -v- | * |
| BERKSHIRE LIFE INSURANCE COMPANY, | * |
| Defendant, | * |

### JOINT MOTION TO AMEND SCHEDULING ORDER

Defendant, Berkshire Life Insurance Company [1] ("Berkshire"), by its attorneys, Jorden Burt, LLP, and Plaintiff, Ralph B. Epstein, by his attorney, Spence, Kohler & Christie, P.A., jointly request an amended scheduling order for the following reasons:

1. The deposition of Mr. Jeffrey Yeager, which had been long scheduled for September 20, 2001, cannot take place due to unforeseen consequences of the recent terrorist acts in New York City on Berkshire. The deposition has been rescheduled for October 15, 2001.

2. Berkshire's financial expert is located in New York and was not able to travel to Plaintiff's office in Maryland during the week of September 10, 2001 due to the halt of air traffic within the United States. Further, Berkshire's financial expert's office

---

[1] On July 1, 2001 Berkshire Life Insurance Company merged with the Guardian Life Insurance Company of America ("Guardian") and Guardian became successor in interest to all Berkshire policies and obligations. Said policies are now administered by Berkshire Life Insurance Company of America ("BLICOA"), a wholly-owned subsidiary of Guardian.

has experienced numerous dislocations with other clients, which has impacted his ability to work on this case.

3. Plaintiff's deposition, which had been scheduled for September 12, and then October 1, cannot be yet scheduled because his defense medical examination and financial analysis of his office records has not been able to be performed due to the September 11 terrorist attacks, despite diligent efforts by counsel for both parties.

Wherefore, premises considered, the Parties respectfully request the court to adopt the following amended scheduling order:

a. All former Berkshire employees to be located by August 1st and their depositions scheduled by November 15th.

b. All expert reports to be due November 15th and expert depositions to be taken by December 15th.

c. The discovery cut off date is December 15th and dispositive and pretrial motions are due by December 31.

Dated:                                                  Respectfully submitted,

THE DEFENDANT                                           THE PLAINTIFF
BERKSHIRE LIFE INSURANCE COMPANY                        RALPH B. EPSTEIN
BY ITS ATTORNEY                                         BY HIS ATTORNEY

*/s/ Phillip E. Stano*                                  */s/ Alison D. Kohler*
PHILLIP E. STANO, ESQ.                                  ALISON D. KOHLER, ESQ.
Jorden Burt, LLP                                        Spence, Kohler & Christie, P.A.
1025 Thomas Jefferson Street, N.W.                      401 Washington Avenue
Suite 400 East                                          Suite 701
Washington, D.C. 20007-0805                             Towson, MD 21204-4836

Approved:                October 9, 2001.
                         /s/ Benson Legg
                         USDJ

Of Counsel for Defendant:

David L. Kalib, Esq.
Alycia C. Sacco, Esq.
Berkshire Life Insurance Company of America
700 South Street
Pittsfield, MA 01201

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon as follows:

> Alison D. Kohler, Esq.
> Spence, Kohler & Christie, P.A.
> 401 Washington Avenue, Suite 701
> Towson, MD 21204-4836

This ___ day of September, 2001.

PHILLIP E. STANO
Jorden Burt, LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-0805

#86424v1