UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN -9  A 11: 11

December 18, 2001

AT BALTIMORE

_____ DEPUTY

MEMORANDUM TO COUNSEL RE:   Ralph B. Epstein v.
Berkshire Life Insurance Co.
Civil #L-00-1698

Dear Counsel:

Pursuant to the parties' Status Report of December 17, 2001, enclosed is a General Consent to Proceed before a United States Magistrate Judge. Once plaintiff's counsel has signed this Consent, it should be forwarded to the defendant's counsel and returned to me.

In the meantime, I have signed an Order referring this case to a United States Magistrate Judge for a settlement conference.

Very truly yours,

Benson Everett Legg

Enclosure

c:   Court file

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RALPH B. EPSTEIN             *
     Plaintiff
                                  *

vs.                                  Civil Action No.: L-00-1698
                                *

BERKSHIRE LIFE INSURANCE
CO.                          *
     Defendant
                              ******

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____  Date: _____

_____  Date: _____

## ORDER OF REFERENCE

     IT IS HEREBY **ORDERED** this _____ day of _____, 20_____, that the above-captioned matter be referred to United States Magistrate Judge _____, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

                                                                  _____
                                                                  Benson Everett Legg
                                                                  United States District Judge