LAW OFFICES

# SPENCE, KOHLER & CHRISTIE, P.A.

401 WASHINGTON AVENUE
SUITE 701
TOWSON, MARYLAND 21204-4836

PAUL W. SPENCE
ALISON D. KOHLER
SHARON A. CHRISTIE*

*ALSO ADMITTED IN D.C.

TELEPHONE
(410) 823-8200
FAX
(410) 823-8208

January 10, 2002

The Honorable Benson E. Legg
Judge, United States District Court for
the District of Maryland
101 W. Lombard Street
Room 340
Baltimore, Maryland 21201

    Re:  **Ralph B. Epstein v. Berkshire Life Insurance Company**
           Civil No.: L-00-1698

Dear Judge Legg:

    Defendant Berkshire Life Insurance Company filed a Motion for Summary Judgment on December 28, 2001. Under the normal fourteen day response time (with three days for mailing), Plaintiff's opposition would be due on Monday, January 14, 2002. I have conferred with Mr. Stano, and counsel has agreed, subject to your approval, that Plaintiff will file his opposition on or before January 30, 2002. Defendant would then plan to file its reply memorandum on or before February 22, 2002. I hope these requested extensions meet with your approval.

    Thank you for your consideration of this matter.

                                Respectfully yours,

                                Alison D. Kohler

ADK/tlp

cc:  Phillip E. Stano, Esquire

APPROVED THIS _19th_ DAY OF _January, 2002_

BENSON EVERETT LEGG, U.S.D.J.