IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 MAR 21  P 3: 53

| | |
|---|---|
| **RALPH B. EPSTEIN, M.D.** : | |
| : | |
| v. : | **CIVIL NO. L-00-1698** |
| : | |
| **BERKSHIRE LIFE INSURANCE COMPANY** : | |

## ORDER

For the reasons stated in the Court's Memorandum of even date, the Court hereby ORDERS that Defendant's Motion for Summary Judgment (document 12) is DENIED.

IT IS SO ORDERED this 21st day of March, 2002.

_____
Benson Everett Legg
United States District Judge